# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.,

V.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:23-CV-01103-RNC

TO: Xavier Becerra, Chiquita Brooks-Lasure,
Centers for Medicare and Medicaid Services,
United States Department of Health and Human
Services
Defendant's Address:

XAVIER BECERRA
Secretary of U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James T. Shearin
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – Jessalyn Samson
_____
*Signature of Clerk or Deputy Clerk*



# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra, in his official capacity as Secretary of Health and Human Services
was received by me on *(date)* 8/22/23

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)* 8/24 - 8/28/23 I served the Summons, Complaint and accompanying documents in accordance with and pursuant to Federal Rule 4(i). See full typed State Marshal return of service

My fees are $ 12.00 for travel and $ 430.50 for services, for a total of $ 442.50    0.00 and Exhibits

I declare under penalty of perjury that this information is true.

Date: 8/29/23

[signature]
Steven Pichiarallo
Connecticut State Marshal
P.O. Box 302
Danbury, CT 06813-0302
Printed name and title

✱ State Marshal return of
Service attached (next four (4) pages)

Servers address

Additional information regarding attempted service, etc:

State of Connecticut:            Date: August 26, 2023
                       ss: Danbury
County of Fairfield:

Then and there, by virtue hereof, I made service of the within and foregoing Original **United States District Court (District of Connecticut) Writ, Summons, Complaint and accompanying Documents in the Case 3:23-cv-01103-RNC** in the following manner:

Upon: **Xavier Becerra, in his official capacity as Secretary of Health and Human Services** on August 24, 2023 by leaving two(2) true and attested copy(s) with and in the hands of Dawn Dellaquik, Clerk for the U.S. Attorney, District of Connecticut and authorized to accept service for Xavier Becerra, in his official capacity as Secretary of Health and Human Services 1000 Laffayette Blvd. 15th Fl Bridgeport, CT (State Marshal Exhibit A).

Later on August 26, 2023 I mailed two(2) true and attested copies by certified mail return receipt requested with a letter from me detailing service upon the United States Attorney District of Connecticut (State Marshal Exhibit B) addressed to:

Honorable Merrick B. Garland, U.S. Attorney General of the United States, U.S. Department of Justice 950 Pennsylvania Ave. N.W., Washington, DC 20530-0001,

Later on August 26, 2023 I mailed a true and attested copy by certified mail return receipt requested with a letter from me detailing service upon the United States Attorney District of Connecticut addressed to:

Xavier Becerra, in his official capacity as Secretary of Health and Human Services 200 Independence Avenue SW Washington, DC 20201

The within and foregoing is the Original **United States District Court (District of Connecticut) Writ, Summons, Complaint and accompanying Documents in the Case 3:23-cv-01103-RNC** with my doings hereon endorsed.

Attest:

Steve Pichiarallo
State Marshal Fairfield County

Fees continued on next page

**FEES:**
| | |
|---|---|
| SERVICE: | $168.00 |
| COPIES: | $225.00 |
| TRAVEL: | $12.00 |
| ENDOR.: | $2.50 |
| File LP: | |
| RECORD: | |
| POSTAGE: | $35.00 |
| **TOTAL:** | **$442.50** |

United States Department of Justice
United States Attorney's Office
District of Connecticut
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000

This service is accepted upon the United States as provided for in Rule 4(i) F.R.Civ.P. and should not be construed as service upon a federal official being sued in his/her individual capacity as distinguished from official capacity.

_8/24/2023_   By: _Dawn Dellaquila_
Date

Please mail 2 certified copies to the Merrick Garland, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001

State Marshal Exhibit A

**STEVEN PICHIARALLO**
STATE MARSHAL FAIRFIELD COUNTY
P. O. BOX 302, DANBURY, CT 06813
PHONE/FAX: (203) 792-5234
SMPICHIARALLO@GMAIL.COM

August 26, 2023

Honorable Merrick B. Garland
Attorney General of the United States
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

RE: Boehringer Ingelheim
Pharmaceuticals, Inc
vs
United States Department of
Health & Human Services et al

To Whom It May Concern:

Enclosed please find two(2) true and attested copy of a **United States District Court(District of Connecticut) Federal Writ, Summons and Complaint** concerning the above case.

Pursuant to Federal Statute service upon the United States of America is made by serving two(2) true and attested copies at the office of the United States Attorney in Connecticut along with a certified mailing to this office.

Thank you for your time and consideration.

Attest:

Steve Pichiarallo
State Marshal Fairfield County

State Marshal Exhibit B