IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    *Plaintiff*,

v.

XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services, and CENTERS FOR MEDICARE AND MEDICAID SERVICES,

    *Defendants*.

Case No. 3:23-cv-01103-RNC

## [PROPOSED] ORDER

Upon consideration of the Motion by Economists and Scholars of Healthy Policy for Leave to File Amicus Brief of Curiae in support of the Defendants' Cross-Motion for Summary Judgment, and of the full record before the Court,

IT IS HEREBY ORDERED that the Motion is GRANTED.

December __, 2023

_____
Honorable Robert N. Chatigny
United States District Judge