# RULE 83.11

## PHOTOGRAPHS, RECORDINGS, AND BROADCASTS

(Amended January 30, 2024)

The taking of photographs or video, the operation of electronic recording equipment by any means, and the broadcasting by any means on any floor of any building on which proceedings of this Court may be held or on which the Clerk's Office is located, are prohibited, except by the official court reporter or court-operated recording system. The taking of photographs or video of security checkpoints at entrances to this Court is also prohibited. For purposes of this rule: (a) "recording" includes, but is not limited to, making a video or audio record, and using software that converts speech to text, but does not include taking notes by hand or by manual typing on an electronic device; (b) "broadcasting" includes, but is not limited to, the use of videoconferencing software (e.g., FaceTime, Zoom, Teams, or Google Meet) that allows persons not present in the courtroom to hear or see the proceedings, and the transmission by internet, radio, television, or telephone signal of the proceedings. The presiding judge may, however, permit (1) the use of electronic or photographic means for the presentation of evidence or the perpetuation of a record, (2) the broadcasting, televising, recording, or photographing of investiture, naturalization, or other ceremonial proceedings, and (3) the creation of a video or audio record of educational programs. The above activities are also permissible in a judge's chambers at the discretion of the judge and in Clerk's Office space at the discretion of the Clerk of Court. In addition, the Chief Judge may allow exceptions to this Rule for good cause and with notice to the judges of the Court.