**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date: **6/20/2024**

**Boehringer Ingelheim Pharmaceuticals, Inc**

Vs.

**United States Department of Health and Human**

Start Time: **10:00AM**   End Time: **12:52PM**

Recess (if more than ½ hr) _____ to _____

Total Time: **2** hour(s) **52** minute(s)

Case #: **3:23-cv-1103-MPS**
Honorable Judge: **Michael P. Shea**
Deputy Clerk: **C. Sichanh**
Counsel for Pla(s): **J. Shearin, R. Long Jr., A. Parrish, K. King**
Counsel for Dft(s): **A. Sverdlov, M. Gaffney**
Reporter/ECRO/Courtsmart: **J. Monette**
Interpreter: _____ Language: _____
Hearing held: ☒ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ☒ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
|---|---|---|
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

☒ Motion **FOR SUMMARY JUDGMENT #28** filed by ☒ Pla ☐ Dft ☐ granted ☐ denied ☒ taken under advisement
☒ Motion **FOR SUMMARY JUDGEMENT #48** filed by ☐ Pla ☒ Dft ☐ granted ☐ denied ☒ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24