UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.,

v.                                                                                                  3:23-CV-01103-MPS

UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES,
XAVIER BECERRA, CENTERS FOR
MEDICARE AND MEDICAID SERVICES,
CHIQUITA BROOKS-LASURE

## JUDGMENT

This matter came on for consideration on the cross motions for summary judgment before the Honorable Michael P. Shea, United States District Judge. The Court reviewed all papers filed in conjunction with the motions for summary judgment and on July 3, 2024, entered a ruling granting the defendant's motion, and denying the plaintiff's motion. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, CENTERS FOR MEDICARE AND MEDICAID SERVICES, CHIQUITA BROOKS-LASURE, against the plaintiff, BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., and the case is closed.

Dated at Hartford, Connecticut, this 9th day of July 2024.

DINAH MILTON KINNEY, Clerk

By:   /s/ Christina Sichanh
           Deputy Clerk

EOD: 7/9/2024