# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., *Plaintiff*, v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, *Defendants*. | Civil Action No. 3:23-CV-01103 (MPS) July 26, 2024 |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that Boehringer Ingelheim Pharmaceuticals, Inc., plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on July 9, 2024 (ECF 123), and from all associated orders and opinions, including without limitation the Ruling on Motions for Summary Judgment entered on July 3, 2024 (ECF 122).

Respectfully submitted,

*/s/ James T. Shearin*

| | |
|---|---|
| Robert A. Long, Jr. (*pro hac vice*) Kevin F. King (*pro hac vice*) Thomas Brugato (*pro hac vice*) Michael M. Maya (*pro hac vice*) COVINGTON & BURLING LLP 850 Tenth Street, NW Washington, DC 20001-4956 Tel.: (202) 662-6000 Fax: (202) 662-6291 | James T. Shearin [01326] Marcy Tench Stovall [14238] PULLMAN & COMLEY, LLC 850 Main Street P.O. Box 7006 Bridgeport, CT  06601-7006 Juris No. 47892 Tel.: (203) 330-2000 Fax: (203) 576-8888 jtshearin@pullcom.com  *Counsel for Plaintiff Boehringer Ingelheim Pharmaceuticals, Inc.* |