APPEAL,CLOSED,EFILE,RMS

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:23−cv−01103−MPS

| | |
|---|---|
| Boehringer Ingelheim Pharmaceuticals, Inc. v. United States Department of Health and Human Services et al<br>Assigned to: Judge Michael P Shea<br>Referred to: Judge Robert M. Spector<br>Cause: 28:2201 Declaratory Judgment | Date Filed: 08/18/2023<br>Date Terminated: 07/09/2024<br>Jury Demand: None<br>Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **Boehringer Ingelheim Pharmaceuticals, Inc.** | represented by | **James T. Shearin**<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601−7006<br>203−330−2000<br>Email: jtshearin@pullcom.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marcy Tench Stovall**<br>Pullman & Comley − Bpt<br>850 Main St., PO Box 7006<br>Bridgeport, CT 06601−7006<br>203−330−2104<br>Fax: 203−576−8888<br>Email: mstovall@pullcom.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Allen Long , Jr.**<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001<br>202−662−5612<br>Email: rlong@cov.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ashley C. Parrish**<br>King & Spalding LLP<br>1700 Pennsylvania Ave., NW<br>Suite 200<br>Washington, DC 20006<br>202−737−0500<br>Email: aparrish@kslaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin King**<br>Covington & Burling LLP<br>850 Tenth Street NW<br>Washington, DC 20001<br>202−662−5488<br>Fax: 202−778−5488<br>Email: kking@cov.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Maya**<br>Covington & Burling LLP |

One CityCenter
850 Tenth Street NW
Washington, DC 20001
202−662−5547
Email: mmaya@cov.com
*ATTORNEY TO BE NOTICED*

**Thomas Ross Brugato**
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
202−662−5515
Email: tbrugato@cov.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Health and Human Services**    represented by    **Alexander V Sverdlov**
DOJ−Civ
1100 L St., N.W.
Washington, DC 20530
202−305−8550
Email: alexander.v.sverdlov@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
DOJ−Civ
1100 L St. NW
Washington, DC 20005
202−880−0282
Email: christine.l.coogle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
U. S. Department of Justice−Fed Programs Branch
Civil Division
20 Massachusetts Ave., NW
Washington, DC 20001
202−305−8576
Fax: 202−616−8470
Email: stephen.pezzi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cassandra Snyder**
DOJ−Civ
1100 L Street NW
Washington, DC 20005
202−451−7729
Email: cassandra.m.snyder@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael James Gaffney**
United States Department of Justice, Civil Division
1100 L St. NW
Ste 11012
Washington, DC 20005
202−514−2356

<mark>
<mark>
<mark>
<mark>

Email: michael.j.gaffney@usdoj.gov
*ATTORNEY TO BE NOTICED*

| **Defendant** | | |
|---|---|---|
| **Xavier Becerra**<br>*In His Official Capacity as Secretary of Health and Human Services* | represented by | **Alexander V Sverdlov**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christine L. Coogle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen M. Pezzi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cassandra Snyder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael James Gaffney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| **Defendant** | | |
|---|---|---|
| **Centers for Medicare and Medicaid Services** | represented by | **Alexander V Sverdlov**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christine L. Coogle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen M. Pezzi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cassandra Snyder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael James Gaffney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| **Defendant** | | |
|---|---|---|
| **Chiquita Brooks−LaSure**<br>*In Her Official Capacity as Administrator of Centers for Medicare and Medicaid Services* | represented by | **Alexander V Sverdlov**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christine L. Coogle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen M. Pezzi** |

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Cassandra Snyder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Michael James Gaffney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **Center for American Progress** | represented by | **Katherine Mesner−Hage**<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Ste 5th Floor<br>Bridgeport, CT 06604<br>203−336−4421<br>Email: kmesnerhage@koskoff.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Hannah W Brennan**<br>Hagens Berman Sobol Shapiro<br>One Faneuil Hall Sq.<br>5th Floor<br>Boston, MA 02109<br>617−482−3700<br>Fax: 617−482−3003<br>Email: hannahb@hbsslaw.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Sophia Weaver**<br>Hagens Berman Sobol Shapiro LLP<br>1 Faneuil Hall Square<br>Ste 5th Floor<br>Boston, MA 02109<br>617−475−1973<br>Email: sophiaw@hbsslaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **Intellectual Property Law and Health Law Scholars** | represented by | **Katherine Mesner−Hage**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Claudia Morera**<br>Hagens Berman Sobol Shapiro LLC<br>1 Faneuil Hall Sq.<br>5th Floor<br>Boston, MA 02109<br>617−276−2079<br>Email: claudiam@hbsslaw.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Hannah W Brennan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Rebekah Glickman−Simon**<br>Hagens Berman Sobol Shapiro LLP<br>C/O Andrew SanAgustin |

    1301 2nd Avenue
Suite 2000
Seattle, WA 98101
206−623−7292
Email: rebekahgs@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Public Citizen**     represented by     **Sergei Lemberg**
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
203−653−2250
Fax: 203−653−3424
Email: slemberg@lemberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Patients for Affordable Drugs Now**     represented by     **Sergei Lemberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Doctors for America**     represented by     **Sergei Lemberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Protect Our Care**     represented by     **Sergei Lemberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Families USA**     represented by     **Sergei Lemberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Democracy Forward Foundation**     represented by     **Michael William Brown**
P.O. Box 34553
Washington, DC 20043
202−448−9090
Koch, Garg & Brown, LLP
8 West Main Street, Suite 2−10
06357
Niantic, CT 06388
860−628−1900
Fax: 860−452−6865
Email: mike@kgb−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NAACP**     represented by     **Hannah W Brennan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Economists and Scholars of Health Policy** | represented by | **William H. Narwold**<br>Motley Rice LLC<br>One Corporate Ctr., 17th Fl.<br>20 Church St.<br>Hartford, CT 06103<br>860−882−1676<br>Fax: 860−882−1682<br>Email: bnarwold@motleyrice.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Nationally Recognized Healthcare and Medicare Experts** | represented by | **Alyssa Howard Card**<br>Zuckerman Spaeder LLP<br>1800 M St. NW<br>Washington, DC 20036<br>202−778−1800<br>Email: ahoward@zuckerman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margaret Dotzel**<br>Zuckerman Spaeder LLP<br>1800 M St. NW<br>Washington, DC 20036<br>202−778−1800<br>Email: mdotzel@zuckerman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William B Schultz**<br>Zuckerman Spaeder LLP<br>1800 M St. NW<br>Washington, DC 20036<br>202−778−1820<br>Fax: 202−822−8106<br>Email: wschultz@zuckerman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elizabeth K. Acee**<br>Barclay Damon, LLP<br>545 Long Wharf Drive<br>9th Floor<br>New Haven, CT 06511<br>203−672−2659<br>Fax: 203−654−3260<br>Email: eacee@barclaydamon.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **AARP** | represented by | **Julie Nepveu**<br>Aarp Foundation<br>601 E Street NW<br>Washington, DC 20049<br>202−434−2075<br>Fax: 202−434−6424<br>Email: jnepveu@aarp.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly Riseden Bagby**<br>Aarp<br>601 E Street, N.W. |

<div style="margin-left: 40%;">
District of Columbia, DC 22049<br>
202−434−2103<br>
Email: kbagby@aarp.org<br>
*LEAD ATTORNEY*<br>
*ATTORNEY TO BE NOTICED*

**Samantha Gerleman**<br>
Aarp Foundation Litigation<br>
601 E Street, NW<br>
Washington, DC 20049<br>
202−434−3012<br>
Email: sgerleman@aarp.org<br>
*LEAD ATTORNEY*<br>
*ATTORNEY TO BE NOTICED*

**Alice Bers**<br>
Center for Medicare Advocacy<br>
PO Box 350<br>
Willimantic, CT 06226<br>
860−456−7790<br>
Fax: 860−456−2614<br>
Email: abers@medicareadvocacy.org<br>
*ATTORNEY TO BE NOTICED*
</div>

**Amicus**

| | | |
|---|---|---|
| **AARP Foundation** | represented by | **Julie Nepveu**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly Riseden Bagby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Samantha Gerleman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alice Bers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Center for Medicare Advocacy, Inc** | represented by | **Julie Nepveu**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly Riseden Bagby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Samantha Gerleman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alice Bers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Justice in Aging** | represented by | **Julie Nepveu**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kelly Riseden Bagby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Samantha Gerleman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alice Bers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Medicare Rights Center** | represented by | **Julie Nepveu**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kelly Riseden Bagby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Samantha Gerleman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alice Bers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Abrams Institute for Freedom of Expression** | represented by | **David A. Schulz**<br>Ballard Spahr LLP<br>1675 Broadway<br>19th Floor<br>New York, NY 10019<br>212−850−6103<br>Fax: 212−223−1942<br>Email: schulzd@ballardspahr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Amy Klobuchar** | represented by | **David N. Rosen**<br>David N. Rosen & Associates, P.C.<br>400 Orange St<br>New Haven, CT 06511<br>203−787−3513<br>Fax: 203−789−1605<br>Email: drosen@davidrosenlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

Peter M. Welch    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Tammy Baldwin    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Richard Blumenthal    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Sherrod Brown    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

John Hickenlooper    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Jacky Rosen    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Jeanne Shaheen    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Debbie Stabenow    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Chris Van Hollen    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

Elizabeth Warren    represented by **David N. Rosen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**American Public Health Association**  represented by  **Ananda Venkata Burra**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
917−410−0832
Email: aburra@democracyforward.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Seel**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: bseel@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Robin Thurston**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202−448−9090
Email: rthurston@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**American College of Physicians**  represented by  **Ananda Venkata Burra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Seel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robin Thurston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Society of General Internal Medicine**  represented by  **Ananda Venkata Burra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Seel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robin Thurston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Geriatrics Society**  represented by  **Ananda Venkata Burra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | **Benjamin M. Seel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robin Thurston**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Amicus**<br>**American Society of Hematology** | represented by | **Ananda Venkata Burra**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin M. Seel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robin Thurston**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Alliance for Aging Research** | represented by | **Katherine Penberthy Padgett**<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street NW<br>Washington, DC 20006<br>202−887−4079<br>Email: kpadgett@akingump.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2023 | 1 | COMPLAINT against Centers for Medicare and Medicaid Services, Chiquita Brooks−Lasure, United States Department of Health and Human Services, Xavier Becerra ( Filing fee $402 receipt number ACTDC−7454391.), filed by Boehringer Ingelheim Pharmaceuticals, Inc..(Shearin, James) (Entered: 08/18/2023) |
| 08/18/2023 |  | Request for Clerk to issue summons as to Centers for Medicare and Medicaid Services, Chiquita Brooks−Lasure, United States Department of Health and Human Services, Xavier Becerra. (Shearin, James) (Entered: 08/18/2023) |
| 08/18/2023 | 2 | Disclosure Statement by Boehringer Ingelheim Pharmaceuticals, Inc. identifying Corporate Parent Boehringer Ingelheim Corporation, Corporate Parent Boehringer Ingelheim USA Corporation for Boehringer Ingelheim Pharmaceuticals, Inc.. (Shearin, James) (Entered: 08/18/2023) |
| 08/18/2023 | 3 | NOTICE of Appearance by James T. Shearin on behalf of Boehringer Ingelheim Pharmaceuticals, Inc. (Shearin, James) (Entered: 08/18/2023) |
| 08/18/2023 | 4 | NOTICE of Appearance by Marcy Tench Stovall on behalf of Boehringer Ingelheim Pharmaceuticals, Inc. (Stovall, Marcy) (Entered: 08/18/2023) |
| 08/18/2023 | 5 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, a disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 8/18/2023.(Anastasio, F.) (Entered: 08/21/2023) |
| 08/18/2023 |  | Judge Robert N. Chatigny and Judge Robert M. Spector added. (Freberg, B) (Entered: 08/21/2023) |

| | | |
|---|---|---|
| 08/18/2023 | 6 | Order on Pretrial Deadlines: Amended Pleadings due by 10/17/2023. Discovery due by 2/17/2024. Dispositive Motions due by 3/23/2024.<br>Signed by Clerk on 8/18/2023.(Samson, Jessalyn) (Entered: 08/21/2023) |
| 08/18/2023 | 7 | ELECTRONIC FILING ORDER FOR COUNSEL − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Robert N. Chatigny on 8/18/2023.(Samson, Jessalyn) (Entered: 08/21/2023) |
| 08/18/2023 | 8 | STANDING PROTECTIVE ORDER.<br>Signed by Judge Robert N. Chatigny on 8/18/2023.(Samson, Jessalyn) (Entered: 08/21/2023) |
| 08/21/2023 | 9 | NOTICE TO COUNSEL/SELF−REPRESENTED PARTIES : Counsel or self−represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Notice re: Disclosure Statement, 1 Complaint, filed by Boehringer Ingelheim Pharmaceuticals, Inc., 2 Disclosure Statement, filed by Boehringer Ingelheim Pharmaceuticals, Inc., 7 Electronic Filing Order, 4 Notice of Appearance filed by Boehringer Ingelheim Pharmaceuticals, Inc., 6 Order on Pretrial Deadlines, 8 Protective Order, 3 Notice of Appearance filed by Boehringer Ingelheim Pharmaceuticals, Inc.<br>Signed by Clerk on 8/21/2023.(Samson, Jessalyn) (Entered: 08/21/2023) |
| 08/21/2023 | 10 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services* with answer to complaint due within *21* days. Attorney *James T. Shearin* *Pullman & Comley* *850 Main St., Po Box 7006* *Bridgeport, CT 06601−7006*. (Samson, Jessalyn) (Entered: 08/21/2023) |
| 08/29/2023 | 11 | SUMMONS Returned Executed by Boehringer Ingelheim Pharmaceuticals, Inc.. United States Department of Health and Human Services served on 8/24/2023, answer due 10/23/2023. (Shearin, James) (Entered: 08/29/2023) |
| 08/29/2023 | 12 | SUMMONS Returned Executed by Boehringer Ingelheim Pharmaceuticals, Inc.. Xavier Becerra served on 8/24/2023, answer due 10/23/2023. (Shearin, James) (Entered: 08/29/2023) |
| 08/29/2023 | 13 | SUMMONS Returned Executed by Boehringer Ingelheim Pharmaceuticals, Inc.. Chiquita Brooks−Lasure served on 8/24/2023, answer due 10/23/2023. (Shearin, James) (Entered: 08/29/2023) |
| 08/29/2023 | 14 | SUMMONS Returned Executed by Boehringer Ingelheim Pharmaceuticals, Inc.. Centers for Medicare and Medicaid Services served on 8/24/2023, answer due 10/23/2023. (Shearin, James) (Entered: 08/29/2023) |
| 09/13/2023 | 15 | NOTICE of Appearance by Christine L. Coogle on behalf of Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services (Coogle, Christine) (Entered: 09/13/2023) |
| 09/13/2023 | 16 | Joint MOTION To Establish Briefing Schedule and For Related Relief re 6 Order on Pretrial Deadlines by Boehringer Ingelheim Pharmaceuticals, Inc..Responses due by 10/4/2023 (Shearin, James) (Entered: 09/13/2023) |
| 09/15/2023 | 17 | ORDER granting 16 Motion. The parties obligation to file a report under Local Rule 26(f) is suspended. On or before September 27, BI will file a motion for summary judgment and a supporting memorandum not to exceed 45 pages. On or before December 6, Defendants will file a cross−motion for summary judgment and a memorandum in support of the cross−motion and in opposition to BI's motion not to exceed 55 pages. On or before January 12, BI will file a combined reply in support of its motion and in opposition to the cross−motion not to exceed 50 pages. On or before February 12, Defendants will file a reply in support of the cross−motion not to exceed 40 pages. Unless and until ordered to do so in the future, the parties need not file Local Rule 56(a) statements of undisputed facts, and Defendants need not file an Answer to the Complaint. So ordered. Signed by Judge Robert N. Chatigny on 9/15/2023. (Chatigny, Robert) (Entered: 09/15/2023) |

| 09/15/2023 | | Set Deadlines: Boehringer Ingelheim Dispositive Motions due by 9/27/2023. (Rickevicius, L.) (Entered: 09/15/2023) |
|---|---|---|
| 09/19/2023 | 18 | NOTICE of Appearance by Stephen M. Pezzi on behalf of Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services (Pezzi, Stephen) (Entered: 09/19/2023) |
| 09/19/2023 | 19 | MOTION for Attorney(s) Thomas R. Brugato, Esq. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7486407) by Boehringer Ingelheim Pharmaceuticals, Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission of Thomas R. Brugato, Esq. Pro Hac Vice, # 2 Certificate of Good Standing)(Shearin, James) (Entered: 09/19/2023) |
| 09/19/2023 | 20 | MOTION for Attorney(s) Kevin F. King, Esq. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7486433) by Boehringer Ingelheim Pharmaceuticals, Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission of Kevin F. King, Esq. Pro Hac Vice, # 2 Certificate of Good Standing)(Shearin, James) (Entered: 09/19/2023) |
| 09/19/2023 | 21 | MOTION for Attorney(s) Robert A. Long, Esq. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7486459) by Boehringer Ingelheim Pharmaceuticals, Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission of Robert A. Long, Esq, Pro Hac Vice, # 2 Certificate of Good Standing)(Shearin, James) (Entered: 09/19/2023) |
| 09/19/2023 | 22 | MOTION for Attorney(s) Michael M. Maya, Esq. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7486497) by Boehringer Ingelheim Pharmaceuticals, Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission of Michael M. Maya, Esq. Pro Hac Vice, # 2 Certificate of Good Standing)(Shearin, James) (Entered: 09/19/2023) |
| 09/20/2023 | 23 | ORDER granting 19 , 20 , 21 and 22 Motions to Appear Pro Hac Vice. Signed by Clerk on 9/20/2023. (Samson, Jessalyn) (Entered: 09/20/2023) |
| 09/25/2023 | 24 | NOTICE of Appearance by Kevin King on behalf of Boehringer Ingelheim Pharmaceuticals, Inc. (King, Kevin) (Entered: 09/25/2023) |
| 09/26/2023 | 25 | NOTICE of Appearance by Michael Maya on behalf of Boehringer Ingelheim Pharmaceuticals, Inc. (Maya, Michael) (Entered: 09/26/2023) |
| 09/26/2023 | 26 | NOTICE of Appearance by Thomas Ross Brugato on behalf of Boehringer Ingelheim Pharmaceuticals, Inc. (Brugato, Thomas) (Entered: 09/26/2023) |
| 09/26/2023 | 27 | NOTICE of Appearance by Robert Allen Long, Jr on behalf of Boehringer Ingelheim Pharmaceuticals, Inc. (Long, Robert) (Entered: 09/26/2023) |
| 09/27/2023 | 28 | MOTION for Summary Judgment by Boehringer Ingelheim Pharmaceuticals, Inc..Responses due by 10/18/2023 (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment, # 2 Declaration of Christine Marsh, # 3 Declaration of James T. Shearin, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Proposed Order)(Shearin, James) (Entered: 09/27/2023) |
| 09/28/2023 | 29 | Set/Reset Deadlines as to 28 MOTION for Summary Judgment. In accordance with the Order previously issued, see ECF No.17, Defendants will file a cross−motion for summary judgment and a memorandum in support of the cross−motion and in opposition to BI's motion not to exceed 55 pages on or before 12/6/2023. (Rickevicius, L.) (Entered: 09/28/2023) |
| 11/06/2023 | 30 | MOTION for Extension of Time until December 20, 2023 *(and corresponding extensions of the remaining briefing deadlines, which Plaintiff does not oppose)* to file Summary−Judgment Brief by Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services. (Pezzi, Stephen) (Entered: 11/06/2023) |
| 11/06/2023 | 31 | ORDER granting 30 Consent Motion for Extension of Time. Defendants will file a combined memorandum in support of their own cross−motion for summary judgment, and opposing Plaintiff's motion, by December 20, 2023; Plaintiff will file a combined |

| | | |
|---|---|---|
| | | reply in support of its motion and opposition to Defendants' cross−motion by January 26, 2024; Defendants will file a reply in support of their cross−motion by February 26, 2024. So ordered. Signed by Judge Robert N. Chatigny on 11/6/2023. (Rickevicius, L.) (Entered: 11/06/2023) |
| 12/07/2023 | 32 | NOTICE of Appearance by Katherine Mesner−Hage on behalf of Center for American Progress, Intellectual Property Law and Health Law Scholars (Mesner−Hage, Katherine) (Entered: 12/07/2023) |
| 12/07/2023 | 33 | MOTION for Attorney(s) Hannah W. Brennan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7574695) by Center for American Progress, Intellectual Property Law and Health Law Scholars. (Attachments: # 1 Exhibit A, # 2 Certificate of Good Standing)(Mesner−Hage, Katherine) (Entered: 12/07/2023) |
| 12/07/2023 | 34 | MOTION for Attorney(s) Claudia Morera to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7574729) by Intellectual Property Law and Health Law Scholars. (Attachments: # 1 Exhibit A, # 2 Certificate of Good Standing)(Mesner−Hage, Katherine) (Entered: 12/07/2023) |
| 12/07/2023 | 35 | MOTION for Attorney(s) Rebekah Glickman−Simon to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7574745) by Intellectual Property Law and Health Law Scholars. (Attachments: # 1 Exhibit A, # 2 Certificate of Good Standing)(Mesner−Hage, Katherine) (Entered: 12/07/2023) |
| 12/08/2023 | 36 | ORDER granting 35 Motion to Appear Pro Hac Vice for Attorney Rebekah Glickman−Simon.. Signed by Clerk on 12/8/2023. (Gaskins, A) (Entered: 12/08/2023) |
| 12/08/2023 | 37 | ORDER granting 34 Motion to Appear Pro Hac Vice for Attorney Claudia Morera.. Signed by Clerk on 12/8/2023. (Gaskins, A) (Entered: 12/08/2023) |
| 12/08/2023 | 38 | ORDER granting 33 Motion to Appear Pro Hac Vice for Attorney Hannah W. Brennan.. Signed by Clerk on 12/8/2023. (Gaskins, A) (Entered: 12/08/2023) |
| 12/14/2023 | 39 | NOTICE of Appearance by Claudia Morera on behalf of Intellectual Property Law and Health Law Scholars (Morera, Claudia) (Entered: 12/14/2023) |
| 12/14/2023 | 40 | NOTICE of Appearance by Rebekah Glickman−Simon on behalf of Intellectual Property Law and Health Law Scholars (Glickman−Simon, Rebekah) (Entered: 12/14/2023) |
| 12/14/2023 | 41 | NOTICE of Appearance by Hannah W Brennan on behalf of Center for American Progress (Brennan, Hannah) (Entered: 12/14/2023) |
| 12/14/2023 | 42 | NOTICE of Appearance by Hannah W Brennan on behalf of Intellectual Property Law and Health Law Scholars (Brennan, Hannah) (Entered: 12/14/2023) |
| 12/15/2023 | 43 | NOTICE of Appearance by Alexander V Sverdlov on behalf of Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services (Sverdlov, Alexander) (Entered: 12/15/2023) |
| 12/15/2023 | 44 | NOTICE of Appearance by Michael James Gaffney on behalf of Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services (Gaffney, Michael) (Entered: 12/15/2023) |
| 12/19/2023 | 45 | MOTION for Attorney(s) Sophia Katherine Weaver to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7587625) by Center for American Progress. (Attachments: # 1 Exhibit A, # 2 Certificate of Good Standing)(Mesner−Hage, Katherine) (Entered: 12/19/2023) |
| 12/20/2023 | 46 | ORDER granting 45 Motion for Attorney Sophia Katherine Weaver to be Admitted Pro Hac Vice. Signed by Clerk on 12/20/2023. (Mendez, D) (Entered: 12/20/2023) |
| 12/20/2023 | 47 | NOTICE of Appearance by Cassandra Snyder on behalf of Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services (Snyder, Cassandra) (Entered: 12/20/2023) |
| 12/20/2023 | 48 | Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* by Xavier Becerra, Chiquita Brooks−Lasure, Centers for Medicare |

| | | |
|---|---|---|
| | | and Medicaid Services, United States Department of Health and Human Services.Responses due by 1/10/2024 (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Sverdlov, Alexander) (Entered: 12/20/2023) |
| 12/21/2023 | 49 | MOTION for Leave to File *Memorandum of Amici Curiae* by Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, Families USA. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Lemberg, Sergei) (Entered: 12/21/2023) |
| 12/21/2023 | 50 | Disclosure Statement by Doctors for America, Families USA, Patients for Affordable Drugs Now, Protect Our Care, Public Citizen. (Lemberg, Sergei) (Entered: 12/21/2023) |
| 12/21/2023 | 51 | MOTION for Attorney(s) Wendy Liu to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7592087) by Doctors for America, Families USA, Patients for Affordable Drugs Now, Protect Our Care, Public Citizen. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing)(Lemberg, Sergei) (Entered: 12/21/2023) |
| 12/21/2023 | 52 | NOTICE of Appearance by Sophia Weaver on behalf of Center for American Progress (Weaver, Sophia) (Entered: 12/21/2023) |
| 12/21/2023 | 53 | NOTICE of Appearance by Michael William Brown on behalf of American Public Health Association, American College of Physicians, Society of General Internal Medicine, American Geriatrics Society, and American Society of Hematology (Attachments: # 1 Rule 7.1 disclosure)(Brown, Michael) Modified on 12/26/2023 to correct docket text (Samson, Jessalyn). (Entered: 12/21/2023) |
| 12/22/2023 | 54 | Consent MOTION for Leave to File *Brief as Amici Curae* by American Public Health Association, American College of Physicians, Society of General Internal Medicine, American Geriatrics Society, and American Society of Hematology. (Attachments: # 1 Proposed amicus brief, # 2 Text of Proposed Order Proposed Order)(Brown, Michael) Modified on 12/26/2023 to correct docket text (Samson, Jessalyn). (Entered: 12/22/2023) |
| 12/22/2023 | 55 | MOTION for Attorney(s) Ananda Venkata Burra to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7592783) by American Public Health Association, American College of Physicians, Society of General Internal Medicine, American Geriatrics Society, and American Society of Hematology. (Attachments: # 1 Exhibit Certificate of Good Standing)(Brown, Michael) Modified on 12/26/2023 to correct docket text (Samson, Jessalyn). (Entered: 12/22/2023) |
| 12/22/2023 | 56 | MOTION for Attorney(s) Benjamin Michael Seel to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7592784) by American Public Health Association, American College of Physicians, Society of General Internal Medicine, American Geriatrics Society, and American Society of Hematology. (Attachments: # 1 Exhibit Certificate of Good Standing)(Brown, Michael) Modified on 12/26/2023 to correct docket text (Samson, Jessalyn). (Entered: 12/22/2023) |
| 12/22/2023 | 57 | MOTION for Attorney(s) Robin F. Thurston to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7592785) by American Public Health Association, American College of Physicians, Society of General Internal Medicine, American Geriatrics Society, and American Society of Hematology. (Attachments: # 1 Exhibit Certificate of Good Standing)(Brown, Michael) Modified on 12/26/2023 to correct docket text (Samson, Jessalyn). (Entered: 12/22/2023) |
| 12/22/2023 | 58 | MOTION for Leave to File *Brief of Amici Curiae* by Center for American Progress, NAACP. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Brennan, Hannah) (Entered: 12/22/2023) |
| 12/22/2023 | 59 | MOTION for Leave to File *Brief of Amicus Curiae* by Intellectual Property Law and Health Law Scholars. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Brennan, Hannah) (Entered: 12/22/2023) |
| 12/22/2023 | 60 | MOTION for Leave to File *Amicus Brief* by Economists and Scholars of Health Policy. (Attachments: # 1 Proposed Amicus Brief, # 2 Proposed Order)(Narwold, William) (Entered: 12/22/2023) |

| | | |
|---|---|---|
| 12/22/2023 | 61 | NOTICE of Appearance by William H. Narwold on behalf of Economists and Scholars of Health Policy (Narwold, William) (Entered: 12/22/2023) |
| 12/26/2023 | 62 | MOTION for Leave to File *Amicus Brief* by United States Department of Health and Human Services. (Attachments: # 1 Exhibit Amicus Brief)(Acee, Elizabeth) (Entered: 12/26/2023) |
| 12/26/2023 | 63 | MOTION for Attorney(s) Alyssa M. Howard to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7594302) by Amici, Nationall Recognized Healthcare and Medicare Experts. (Acee, Elizabeth) (Entered: 12/26/2023) |
| 12/26/2023 | 64 | MOTION for Attorney(s) Margaret M. Dotzel to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7594325) by Amici, Nationall Recognized Healthcare and Medicare Experts. (Acee, Elizabeth) (Entered: 12/26/2023) |
| 12/26/2023 | 65 | MOTION for Attorney(s) William B. Schultz to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7594337) by Amici, Nationall Recognized Healthcare and Medicare Experts. (Acee, Elizabeth) (Entered: 12/26/2023) |
| 12/26/2023 | 66 | NOTICE of Appearance by Alice Bers on behalf of AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center (Bers, Alice) (Entered: 12/26/2023) |
| 12/26/2023 | 67 | MOTION for Attorney(s) Samantha Gerleman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7594523) by AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center. (Attachments: # 1 Exhibit Certificate of Good Standing)(Bers, Alice) (Entered: 12/26/2023) |
| 12/26/2023 | 68 | MOTION for Attorney(s) Kelly Bagby to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7594529) by AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center. (Attachments: # 1 Exhibit Certificate of Good Standing)(Bers, Alice) (Entered: 12/26/2023) |
| 12/26/2023 | 69 | MOTION for Attorney(s) Julie Nepveu to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7594530) by AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center. (Attachments: # 1 Exhibit Certificate of Good Standing)(Bers, Alice) (Entered: 12/26/2023) |
| 12/26/2023 | 70 | Consent MOTION for Leave to File *Amicus Brief* by AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center. (Attachments: # 1 Exhibit Proposed Amicus Brief)(Bers, Alice) (Entered: 12/26/2023) |
| 12/27/2023 | 71 | Amicus Curiae APPEARANCE entered by David A. Schulz on behalf of Abrams Institute for Freedom of Expression. (Schulz, David) (Entered: 12/27/2023) |
| 12/27/2023 | 72 | Consent MOTION for Leave to File *Amicus Brief* by Abrams Institute for Freedom of Expression. (Attachments: # 1 Exhibit Proposed Amicus Brief of the Abrams Institute for Freedom of Expression, # 2 Memorandum in Support, # 3 Text of Proposed Order)(Schulz, David) (Entered: 12/27/2023) |
| 12/27/2023 | 73 | Amicus Curiae APPEARANCE entered by David N. Rosen on behalf of Amy Klobuchar, Peter M. Welch, Tammy Baldwin, Richard Blumenthal, Sherrod Brown, John Hickenlooper, Jacky Rosen, Jeanne Shaheen, Debbie Stabenow, Chris Van Hollen, Elizabeth Warren. (Rosen, David) (Entered: 12/27/2023) |
| 12/27/2023 | 74 | MOTION for Leave to File *Amici Curiae Brief* by Tammy Baldwin, Richard Blumenthal, Sherrod Brown, John Hickenlooper, Amy Klobuchar, Jacky Rosen, Jeanne Shaheen, Debbie Stabenow, Chris Van Hollen, Elizabeth Warren, Peter M. Welch. (Attachments: # 1 Proposed Brief, # 2 Proposed Order)(Rosen, David) (Entered: 12/27/2023) |
| 12/28/2023 | 75 | ORDER granting 49 Motion for Leave to File Memorandum of Amici Curiae. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 76 | ORDER granting 54 Motion for Leave to File Brief as Amici Curae. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |

| | | |
|---|---|---|
| 12/28/2023 | 77 | ORDER granting 58 Motion for Leave to File Brief of Amici Curiae. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 78 | ORDER granting 59 Motion for Leave to File Brief of Amicus Curiae. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 79 | ORDER granting 60 Motion for Leave to File Amicus Brief. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 80 | ORDER granting 62 Motion for Leave to File Amicus Brief. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 81 | ORDER granting 70 Motion for Leave to File Amicus Brief. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 82 | ORDER granting 72 Motion for Leave to File Amicus Brief. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 83 | ORDER granting 74 Motion for Leave to File Amici Curiae Brief. Signed by Judge Robert N. Chatigny on 12/28/2023. (Rickevicius, L.) (Entered: 12/28/2023) |
| 12/28/2023 | 84 | ORDER granting 51 , 55 , 56 , 57 , 63 , 64 , 65 , 67 , 68 and 69 Motions to Appear Pro Hac Vice.Signed by Clerk on 12/28/2023. (Samson, Jessalyn) (Entered: 12/28/2023) |
| 12/28/2023 | 85 | Memorandum in Support re 48 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* filed by Abrams Institute for Freedom of Expression. (Schulz, David) (Entered: 12/28/2023) |
| 01/02/2024 | 86 | NOTICE of Appearance by Samantha Gerleman on behalf of AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center (Gerleman, Samantha) (Entered: 01/02/2024) |
| 01/02/2024 | 87 | NOTICE of Appearance by Julie Nepveu on behalf of AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center (Nepveu, Julie) (Entered: 01/02/2024) |
| 01/04/2024 | 88 | NOTICE of Appearance by Kelly Riseden Bagby on behalf of AARP, AARP Foundation, Center for Medicare Advocacy, Inc, Justice in Aging, Medicare Rights Center (Bagby, Kelly) (Entered: 01/04/2024) |
| 01/25/2024 | 89 | NOTICE of Appearance by William B Schultz on behalf of Amici, Nationall Recognized Healthcare and Medicare Experts (Schultz, William) (Entered: 01/25/2024) |
| 01/25/2024 | 90 | NOTICE of Appearance by Margaret Dotzel on behalf of Amici, Nationall Recognized Healthcare and Medicare Experts (Dotzel, Margaret) (Entered: 01/25/2024) |
| 01/25/2024 | 91 | NOTICE of Appearance by Alyssa Howard on behalf of Amici, Nationall Recognized Healthcare and Medicare Experts (Howard, Alyssa) (Entered: 01/25/2024) |
| 01/26/2024 | 92 | Memorandum in Opposition *and Reply* re 48 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*, 28 MOTION for Summary Judgment filed by Boehringer Ingelheim Pharmaceuticals, Inc.. (Shearin, James) (Entered: 01/26/2024) |
| 02/01/2024 | 93 | NOTICE of Appearance by Ananda Venkata Burra on behalf of American Public Health Association, American College of Physicians, Society of General Internal Medicine, American Geriatrics Society, American Society of Hematology (Burra, Ananda) (Entered: 02/01/2024) |
| 02/01/2024 | 94 | NOTICE of Appearance by Benjamin M. Seel on behalf of American College of Physicians, American Geriatrics Society, American Public Health Association, American Society of Hematology, Society of General Internal Medicine (Seel, Benjamin) (Entered: 02/01/2024) |
| 02/01/2024 | 95 | NOTICE of Appearance by Robin Thurston on behalf of American College of Physicians, American Geriatrics Society, American Public Health Association, American Society of Hematology, Society of General Internal Medicine (Thurston, Robin) (Entered: 02/01/2024) |

| | | |
|---|---|---|
| 02/26/2024 | 96 | REPLY to Response to 48 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* filed by Centers for Medicare and Medicaid Services, United States Department of Health and Human Services. (Sverdlov, Alexander) (Entered: 02/26/2024) |
| 02/27/2024 | 97 | ORDER OF TRANSFER. Case reassigned to Judge Kari A. Dooley for all further proceedings.<br>Signed by Judge Robert N. Chatigny on 2−27−2024. (Shafer, J.) (Entered: 02/27/2024) |
| 03/04/2024 | 98 | NOTICE by Xavier Becerra, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services *Notice of Supplemental Authority* (Attachments: # 1 Exhibit AstraZeneca Decision)(Sverdlov, Alexander) (Entered: 03/04/2024) |
| 03/19/2024 | 99 | MOTION for Status Conference by Boehringer Ingelheim Pharmaceuticals, Inc.. (Shearin, James) (Entered: 03/19/2024) |
| 03/21/2024 | 100 | ORDER OF TRANSFER. Case reassigned to Judge Michael P. Shea for all further proceedings.<br>Signed by Judge Kari A. Dooley on 3/21/2024.(Gould, K.) (Entered: 03/21/2024) |
| 03/25/2024 | 101 | ORDER. The 99 motion for status conference is GRANTED. The Court is willing to hold oral argument in this case and believes it would likely be helpful. Right now, the Court's trial schedule is in flux for May and June, but counsel should take note for now of the following possible dates for oral argument: 5/24/2024, 5/30/2024, 5/31/2024, 6/20/2024, 6/21/2024, 6/27/2024, 6/28/2024. The Court should have a better idea of its schedule by April 4, 2024, and therefore schedules a Zoom status conference for **April 4, 2024 at 1:00 pm**. Chambers will circulate a Zoom link in advance of the hearing.<br><br>Signed by Judge Michael P Shea on 3/25/2024. (Pierson, M) (Entered: 03/25/2024) |
| 04/04/2024 | 102 | ORDER. The Court schedules oral argument on all pending motions for **June 20, 2024 at 10:00 am** in **Courtroom 3**, Abraham Ribicoff Federal Building & Court House, 450 Main Street, Hartford, CT 06103.<br><br>Signed by Judge Michael P Shea on 4/4/2024. (Pierson, M) (Entered: 04/04/2024) |
| 04/04/2024 | 103 | Minute Entry for proceedings held before Judge Michael P Shea: Status Conference held on 4/4/2024. 6 minutes(Court Reporter J. Monette.) (Johnson, D.) (Entered: 04/05/2024) |
| 04/04/2024 | 104 | NOTICE of Hearing on Motion re: 28 MOTION for Summary Judgment . ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 6/20/2024 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Michael P Shea<br>Signed by Judge Michael P Shea on 4/4/24.(Johnson, D.) (Entered: 04/05/2024) |
| 05/02/2024 | 105 | NOTICE by Centers for Medicare and Medicaid Services, United States Department of Health and Human Services *Notice of Supplemental Authority* (Attachments: # 1 Exhibit Attachment A)(Sverdlov, Alexander) (Entered: 05/02/2024) |
| 05/29/2024 | 106 | NOTICE of Appearance by Katherine Penberthy Padgett on behalf of Alliance for Aging Research (Padgett, Katherine) (Entered: 05/29/2024) |
| 05/29/2024 | 107 | MOTION for Leave to File *Amicus Brief* by Alliance for Aging Research. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Padgett, Katherine) (Entered: 05/29/2024) |
| 05/30/2024 | 108 | MOTION for Attorney(s) Craig B. Bleifer to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7783505) by Alliance for Aging Research. (Attachments: # 1 Certificate of Good Standing)(Padgett, Katherine) (Entered: 05/30/2024) |
| 05/30/2024 | 109 | MOTION for Attorney(s) Caroline L. Wolverton to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7783520) by Alliance for Aging Research. (Attachments: # 1 Certificate of Good Standing)(Padgett, Katherine) (Entered: |

| | | |
|---|---|---|
| | | 05/30/2024) |
| 05/31/2024 | 110 | MOTION for Attorney(s) Kelly M. Cleary to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7784296) by Alliance for Aging Research. (Attachments: # 1 Certificate of Good Standing)(Padgett, Katherine) (Entered: 05/31/2024) |
| 05/31/2024 | 111 | ORDER. The Alliance for Aging Research's 107 Motion for Leave to File Amicus Curiae Brief is GRANTED.<br><br>Signed by Judge Michael P Shea on 5/31/2024. (Pierson, M) (Entered: 05/31/2024) |
| 06/03/2024 | 112 | RESPONSE re 105 Notice (Other) *of Supplemental Authority* filed by Boehringer Ingelheim Pharmaceuticals, Inc.. (Shearin, James) (Entered: 06/03/2024) |
| 06/04/2024 | 113 | ORDER granting 108 MOTION for Attorney Craig B. Bleifer to be Admitted Pro Hac Vice. Signed by Clerk on 6/4/2024. (Peterson, M) (Entered: 06/04/2024) |
| 06/04/2024 | 114 | ORDER granting 109 MOTION for Attorney Caroline L. Wolverton to be Admitted Pro Hac Vice. Signed by Clerk on 6/4/2024. (Peterson, M) (Entered: 06/04/2024) |
| 06/04/2024 | 115 | ORDER granting 110 MOTION for Attorney Kelly M. Cleary to be Admitted Pro Hac Vice. Signed by Clerk on 6/4/2024. (Peterson, M) (Entered: 06/04/2024) |
| 06/07/2024 | 116 | MOTION for Attorney(s) Ashley C. Parrish to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7793417) by Boehringer Ingelheim Pharmaceuticals, Inc.. (Attachments: # 1 Affidavit of Ashley C. Parrish, Esq. in Support of Motion to Admit Pro Hac Vice, # 2 Certificate of Good Standing for Ashley C. Parrish, Esq.)(Shearin, James) (Entered: 06/07/2024) |
| 06/10/2024 | 117 | ORDER granting 116 MOTION for Attorney Ashley C. Parrish to be Admitted Pro Hac Vice. Signed by Clerk on 6/10/2024. (Peterson, M) (Entered: 06/10/2024) |
| 06/11/2024 | 118 | NOTICE of Appearance by Ashley C. Parrish on behalf of Boehringer Ingelheim Pharmaceuticals, Inc. (Parrish, Ashley) (Entered: 06/11/2024) |
| 06/18/2024 | 119 | ORDER. The Court has received an inquiry regarding whether members of the media can bring cell phones and laptops to the hearing on Thursday. If members of the media wish to bring a laptop to the hearing, they should contact Chambers and provide their name and media organization so that the Court can communicate with court security officers to specifically authorize particular members of the media who make such requests. Because cell phones do not typically facilitate taking notes but are readily used as recording devices, the Court will not allow them, as the Court does not allow any recording or broadcasting of proceedings under D. Conn. Local Rule 83.11. All members of the media and all those in the courtroom must comply with Rule 83.11, which is attached to this order.<br><br>Signed by Judge Michael P Shea on 6/18/2024. (Pierson, M) (Entered: 06/18/2024) |
| 06/20/2024 | 120 | Minute Entry for proceedings held before Judge Michael P Shea: Motion Hearing held on 6/20/2024 re 28 MOTION for Summary Judgment filed by Boehringer Ingelheim Pharmaceuticals, Inc. and 48 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* filed by Chiquita Brooks−Lasure, Centers for Medicare and Medicaid Services, United States Department of Health and Human Services, Xavier Becerra. 28 Motion for Summary Judgment and 48 Cross Motion for Summary Judgment taken under advisement.<br>Total Time: 2 hours and 52 minutes(Court Reporter Julie Monette.) (Sichanh, C) (Entered: 06/20/2024) |
| 06/23/2024 | 121 | TRANSCRIPT of Proceedings: Type of Hearing: Motions Hearing. Held on 6/20/2024 before Judge Michael P. Shea. Court Reporter: Julie Monette. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of |

| | | |
|---|---|---|
| | | Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/14/2024. Redacted Transcript Deadline set for 7/24/2024. Release of Transcript Restriction set for 9/21/2024. (Monette, Julie) (Entered: 06/23/2024) |
| 07/03/2024 | 122 | ORDER: For the reasons set forth in the attached ruling, the plaintiff's motion for summary judgment (ECF No. 28) is DENIED and the defendants' cross motion for summary judgment (ECF No. 48) is GRANTED. The Clerk is directed to close this case.<br><br>Signed by Judge Michael P Shea on 7/3/2024. (Pierson, M) (Entered: 07/03/2024) |
| 07/09/2024 | 123 | JUDGMENT entered in favor of United States Department of Health and Human Services, Chiquita Brooks−Lasure, Xavier Becerra, and Centers for Medicare and Medicaid Services against Boehringer Ingelheim Pharmaceuticals, Inc.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms<br>Signed by Clerk on 7/9/2024.(Sichanh, C) (Entered: 07/09/2024) |
| 07/09/2024 | | JUDICIAL PROCEEDINGS SURVEY − FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey<br>(Sichanh, C) (Entered: 07/09/2024) |
| 07/26/2024 | 124 | NOTICE OF APPEAL as to 123 Judgment, 122 Order on Motion for Summary Judgment,,, by Boehringer Ingelheim Pharmaceuticals, Inc.. Filing fee $ 605, receipt number ACTDC−7849087. (Shearin, James) (Entered: 07/26/2024) |
| 07/29/2024 | 125 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 124 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None (Peterson, M) (Entered: 07/29/2024) |